# ELECTRONIC RECORD

**506·15**

COA # 02-13-00469-CR     OFFENSE: Aggravated Sexual Assault of a Child

STYLE: DAVIS, RICKY D.     COUNTY: Tarrant

COA DISPOSITION: AFFIRM     TRIAL COURT: Criminal District Court 2

DATE: 02/26/15     Publish: NO     TC CASE #: 1295152D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: DAVIS, RICKY D. v.     CCA #: **506·15**

__PRO  SE__ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

DISMISSED  AS  UNTIMELY     JUDGE: _____

DATE: 05/13/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**